**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.M.S., A MINOR | : | No. 29 MAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: J.L.S., NATURAL MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.